1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT

9                             SOUTHERN DISTRICT OF CALIFORNIA

10

11    JULIO CESAR MAYA,                          Case No.:  23CV2108-BLM

12                              Plaintiff,       **ORDER GRANTING JOINT MOTION
                                                 FOR VOLUNTARY REMAND PURSUANT
13    v.                                         TO SENTENCE FOUR OF 42 U.S.C. §
                                                 405(g)**
14    MARTIN O'MALLEY, COMMISSIONER OF
      SOCIAL SECURITY,                           **[ECF No. 19]**
15
                              Defendant.
16

17

18         On November 16, 2023, Plaintiff filed a complaint in this matter seeking judicial review

19    of the denial of his application for a period of disability and disability insurance benefits.  ECF

20    No. 1.

21         On May 2, 2024, the parties filed a Joint Motion for Voluntary Remand Pursuant To

22    Sentence Four Of 42 U.S.C. § 405(g).  ECF No. 19.  The parties seek to have the matter

23    remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g)

24    for further administrative proceedings.  Id. at 2.  In support, the parties state that "[o]n remand,

25    the Commissioner will offer Plaintiff the opportunity for a new hearing, further develop the record

26    as necessary, and issue a new decision."  Id.

27         Based upon the parties' Joint Motion for Voluntary Remand Pursuant to Sentence Four of

28    42 U.S.C. § 405(g) and for cause shown, **IT IS ORDERED** that the above-captioned action be

1  remanded to the Commissioner of Social Security for further proceedings consistent with the

2  terms of the Motion to Remand.  The Court **DIRECTS** the Clerk of Court to enter judgment in

3  favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner, and

4  to terminate this action in its entirety.

5          **IT IS SO ORDERED**.

6  Dated:  5/2/2024

7                                          Hon. Barbara L. Major
                                           United States Magistrate Judge

2